Case 2:26-cv-03719-PD   Document 7   Filed 06/02/26   Page 3 of 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| I.K., <br><br> *Petitioner,* <br><br> v. <br><br> J.L. JAMISON, Warden, Federal Detention Center, Philadelphia, *et al.*, <br><br> *Defendants.* | Civil Action No. 26-cv-3719 |

## ORDER

**AND NOW**, this 2nd day of June 2026, upon review of the parties' Stipulation for an Extension of Time, it is **ORDERED** that the Stipulation is **GRANTED**, and the deadline for Respondents' to respond to the Petition for Writ of Habeas Corpus is extended to **June 5, 2026**.

BY THE COURT:

_____
PAUL S. DIAMOND, J.