**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **I.K.,** | : | |
|     **Petitioner,** | : | |
| | : | |
|     **v.** | : | **Civ. No. 26-3719** |
| | : | |
| **J.L. JAMISON,** *et al.*, | : | |
|     **Respondents.** | : | |

**O R D E R**

    **AND NOW**, this 15th day of June, 2026, upon consideration of I.K.'s "Emergency Motion for Reconsideration" (Doc. No. 11) and "Traverse in Reply to Government's Response" (Doc. No. 12), it is hereby **ORDERED** that the Government **SHALL respond** to the Motion (Doc. No. 11) and Traverse (Doc. No. 12) <u>**on or before**</u> **June 16, 2026 at 3 p.m.**

                        AND IT IS SO ORDERED.


                        */s/ Paul S. Diamond*
                        Paul S. Diamond, J.